UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE CLEMENTE DE LA CRUZ,

               Plaintiff,

   -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

               Defendant.
------------------------------------------------------------X

JUDGMENT
06-CV-3639 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 24 2007 ★

     A Memorandum and Order Honorable John Gleeson, United States District Judge, having been filed on August 22, 2007, remanding the case for further proceedings consistent with the Court's Memorandum and Order dated August 22, 2007; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the case is remanded for further proceedings consistent with the Court's Memorandum and Order dated August 22, 2007.

Dated: Brooklyn, New York
        August 23, 2007

s/Robert C. Heinemann

ROBERT C. HEINEMANN
Clerk of Court